# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Nadine Pierre, Plantiff                    ,

_____ ,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Shipt, Inc., Defendant                    ,

_____ ,

_____ ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

_____ /

**Case No.:** 4:26cv 115-MW/MAF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES   ☐ NO

FILED USDC FLND TL
MAR 13 '26 PM2:28
BF

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: <u>Nadine Pierre</u>

   Address: <u>3100 B Apalachee Parkway</u>

   <u>Apt 255</u>

   City, State, and Zip Code: <u>Tallahassee, Florida 32311</u>

   Telephone: <u>(786)-769-9274</u>   *(Home)* <u>(786)-769-9274</u>   *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____*(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: <u>Shipt, Inc.</u>

   Name of Employer *(if relevant)*: _____

   Address: <u>420 20th Street N #100</u>

   _____

   City, State, and Zip Code: <u>Birmingham, Alabama 35203</u>

2. Defendant's Name: _____

 Name of Employer *(if relevant):* _____

 Address: _____

 _____

 City, State, and Zip Code: _____

3. Defendant's Name: _____

 Name of Employer *(if relevant):* _____

 Address: _____

 _____

 City, State, and Zip Code: _____

 *(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II.  BASIS FOR JURISDICTION

Federal courts have limited jurisdiction.  Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties.  A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331.  A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Question          ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: Title VII of the Civil Rights act of 1964, 42 U.S.C. § 2000e – retaliation.

B.  If the Basis for Jurisdiction is Diversity of Citizenship:

1.  Plaintiff(s)

a.  Plaintiff is an individual and a citizen of: _____

b.  If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* Shipt, Inc._____

         State of Incorporation is Alabama_____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

         *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes    ☑ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____


## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

Plaintiff reported racial harassment involving other shoppers to Shipt, Inc. After making multiple reports between June 17 and July 1, 2025, Plantiff's shopper account was

deactivated on July 20, 2025. Plaintiff alleges that this deactivation occurred after reporting harassment. See attached Statement of Claim for additional facts.

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff requests compensatory damages for lost income, emotional distress, and reputational harm caused by Defendant's actions, together with the costs of this action and any additional relief the Court deems just and proper.

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/13/26 Plaintiff's Signature: _Nadine Pierre_

Printed Name of Plaintiff: _Nadine Pierre_

Address: _3100 B Apalachee Parkway, Apt 255_

_Tallahassee, FL 32311_

E-Mail Address: _NPierre008@gmail.com_

Telephone Number: _(786)-769-9274_

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Nadine Pierre,
Plaintiff,

v.

Case No. 4:26-cv-00115-MW-MAF

Shipt, Inc.,
Defendant.

JURISDICTION

This Court has jurisdiction over this action under 28 U.S.C. § 1331 because this case arises under Title VII of the Civil Rights Act of 1964. Plaintiff received a Notice of Right to Sue from the U.S. Equal Employment Opportunity Commission and filed this action within ninety (90) days of receiving that notice.

STATEMENT OF CLAIM (continued)

1.  Plaintiff Nadine Pierre worked as a shopper on the Shipt platform operated by Shipt, Inc. pursuant to a shopper agreement.

2.  On June 16, 2025, Plaintiff posted a question in an online Facebook group known as "Shipt: Shoppers Unleashed" regarding on-time performance metrics used by Shipt.

3.  Following that post, individuals in the group responded with hostile comments directed toward Plaintiff. After the Plaintiff was removed from the group, an image depicting individuals with nooses around their necks was posted in connection with the discussion.

4.  On June 17, 2025, a discussion related to the same incident appeared under Plaintiff's introductory post in the "Shipt Shopper Lounge," a Facebook group owned, operated, and promoted by Defendant for Shipt shoppers. The discussion included memes and mocking references to Plaintiff's performance percentage.

5.  From June 17 through July 1, 2025, Plaintiff reported the harassment and racially offensive conduct to Defendant through a phone call and contemporaneous communications, including emails and reports to the company.

6. Plaintiff reasonably alleged the conduct constituted racial harassment and requested that the company intervene.

7. Despite receiving notice of the harassment, Defendant did not take reasonable steps to address or stop the conduct occurring in their official group.

8. On July 19, 2025, Defendant approved forgiveness related to Plaintiff's on-time performance metrics.

9. On July 20, 2025, Defendant deactivated Plaintiff's shopper account.

10. Plaintiff alleges that the deactivation occurred shortly after Plaintiff reported racial harassment and other misconduct to Defendant and that the termination followed Plaintiff's protected activity of reporting harassment.

11. As a result of Defendant's actions, Plaintiff suffered loss of income, emotional distress, and reputational harm.

12. Plaintiff filed a charge with the U.S. Equal Employment Opportunity Commission and received a Notice of Right to Sue.

13. Plaintiff also filed a charge with the Florida Commission on Human Relations, which remains pending.